UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
AACTION UNIFORM AND APPAREL INC.,
    Debtor.                                         No. 06-10931-s7

**REPORT TO THE COURT ON UNCLAIMED FUNDS
DEPOSITED INTO THE COURT REGISTRY**

COMES NOW, the Trustee in Bankruptcy Aaction Uniform and Apparel Inc., No. 06-10931-s7, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, as referred to in the Order filed herein on November 24, 2010 the Trustee will forward a check in the amount of eleven dollars and twenty-eight cents ($11.28) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

                            The CIT Group Commercial Services      $11.28
                            1211 Ave. of the Americas
                            New York, NY 10036
                            (non-negotiated check)

                                          Respectfully Submitted,

                                          *Submitted Electronically*
                                          MICHAEL J. CAPLAN, Trustee
                                          827 E. Santa Fe Ave.
                                          Grants, NM  87020
                                          (505) 287-8891

I certify that I mailed a copy of this notice, via first class mail, as noted, to the parties listed below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by  use of the notice transmission facilities of the case management and electronic filing system on this 11th day of January, 2011.

*Submitted Electronically*
MICHAEL J. CAPLAN